**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50563 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-01097-LAB |
| v. | |
| EUGENIO HAROS-GIRON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted November 13, 2012[**]

Before:     CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Eugenio Haros-Giron appeals from the 60-month sentence imposed

following his guilty-plea conviction for conspiracy to import marijuana, in

violation of 21 U.S.C. §§ 952, 960, 963; and importation of marijuana and aiding

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and abetting, in violation of 21 U.S.C. §§ 952, 960, and 18 U.S.C. § 2.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Haros-Giron contends that the district court erred by denying him relief under the safety valve provision of the Guidelines.  *See* U.S.S.G. § 5C1.2.  This contention fails.  The record supports the district court's determination that Haros-Giron acted as a manager or supervisor during the commission of the offense.  *See* U.S.S.G. § 3B1.1(b); *United States v. Egge*, 223 F.3d 1128, 1132 (9th Cir. 2000).  Because Haros-Giron's aggravating role in the offense precludes the application of safety valve relief, the district court did not err.  *See* U.S.S.G. § 5C1.2(a)(4).

**AFFIRMED.**